IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RIK SARGENT,

    Petitioner,

vs.                                    CASE NO. 4:08cv175-SPM/WCS

WALTER A. MCNEIL,

    Respondent.

_____/

**ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 9) dated February 23, 2008. Each party was furnished a copy and Respondent filed an objection (doc. 10). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. As stated in the report and recommendation, there is no support under Florida law that compliance with § 33-210.102(8) is necessary for application of the mailbox rule in Hagg and Thompson to Petitioner's 3.800(a) motion. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The report and recommendation (doc. 9) is adopted and incorporated by reference in this order.

      2.      The motion to dismiss (doc. 5) is denied.

      3.      Respondent shall have up to and including May 1, 2009, to file an answer to the petition.  Petitioner shall have 30 days from receipt of the answer to file a reply, if any.

DONE AND ORDERED this 31st day of March, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge